IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JEHOIKEEM MULAZEEM**
*a.k.a.* **CHARLIE DANIELS**                                                                   **PETITIONER**

**VERSUS**                                                       **CIVIL ACTION NO.  1:06cv445LG-RHW**

**CHUCK ABRAM**                                                                                 **RESPONDENT**

## FINAL JUDGMENT

This cause is before the court, *sua sponte*, for consideration of dismissal.  Pursuant to the opinion and order issued this day,

**IT IS HEREBY, ORDERED AND ADJUDGED** that this cause be dismissed for lack of authorization from the United States Court of Appeals for the Fifth Circuit to file this successive petition for habeas corpus relief as required by 28 U.S.C. § 2244(b)(3)(A).

**SO ORDERED AND ADJUDGED** this the 6th day of June, 2006.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE